THOMAS P. RILEY, SBN 194706
LAW OFFICES OF THOMAS P. RILEY, P.C.
First Library Square
1114 Fremont Avenue
South Pasadena, CA 90071

Tel: 626-799-9797
Fax: 626-799-9795
TPRLAW@att.net

Attorneys for Plaintiff
Garden City Boxing Club, Inc.

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Garden City Boxing Club, Inc., | CASE NO. C 07-05921 JW-HRL |
| Plaintiff, | PLAINTIFF'S APPLICATION FOR AN ORDER EXTENDING TIME TO COMPLETE SERVICE; AND ORDER (Proposed) |
| vs. | |
| Manuel Gonzalez Rodriguez, et al. | |
| Defendant. | |

TO THE HONORABLE JAMES WARE, DEFENDANT MANUEL GONZALEZ RODRIGUEZ, AND HIS ATTORNEY/S OF RECORD:

1.    On November 26, 2007, Plaintiff's Complaint was filed against Defendant Manuel Gonzalez Rodriguez, (hereinafter referred to as "Defendant").

2.    As of this writing, Plaintiff has been unable to serve the suit papers on defendant Manuel Gonzalez Rodriguez, because Plaintiff cannot determine a valid address for service of process.

///

PLAINTIFF'S APPLICATION FOR AN ORDER EXTENDING
TIME TO COMPLETE SERVICE; AND ORDER (Proposed)

PAGE 1

**WHEREFORE**, Plaintiff respectfully requests that the Court permit an additional thirty (30) days from today's date to effectuate service of the Summons and Complaint filed in this matter, or to file a motion for service by publication, or in the alternative, a Notice of Voluntary Dismissal as Defendant Manuel Gonzalez Rodriguez.

Respectfully submitted,

Date: January 23, 2008          */s/ Thomas P. Riley*

**LAW OFFICES OF THOMAS P. RILEY, P.C.**
By: Thomas P. Riley, Esquire
Attorneys for Plaintiff
Garden City Boxing Club, Inc.

///

///

///

///

///

///

///

///

///

///

///

**PLAINTIFF'S APPLICATION FOR AN ORDER EXTENDING
TIME TO COMPLETE SERVICE; AND ORDER (Proposed)**

**PAGE 2**

1
2

## **ORDER (Proposed)**

3
4

The Court, upon review of Plaintiff's request and representations presented in the

above-entitled matter hereby orders the following:

5
6

Plaintiff is granted an additional thirty (30) days from today's date to effectuate

7

service of the Summons and Complaint filed in this matter, or to file a motion for

8

service by publication, or in the alternative, a Notice of Voluntary Dismissal as

9

Defendant Manuel Gonzalez Rodriguez where service has not been made or service by

10

publication requested.

11
12

**IT IS SO ORDERED**:

13
14
15
16

_____        Date: _____

17

**HONORABLE JAMES WARE**
United States District Court Judge
Northern District of California

18
19
20

///

21

///

22

///

23

///

24

///

25

///

26

///

27

///

28

**PLAINTIFF'S APPLICATION FOR AN ORDER EXTENDING**
**TIME TO COMPLETE SERVICE; AND ORDER (Proposed)**

**PAGE 3**

## PROOF OF SERVICE (SERVICE BY MAIL)

I declare that:

I am employed in the County of Los Angeles, California.  I am over the age of eighteen years and not a party to the within cause; my business address is First Library Square, 1114 Fremont Avenue, South Pasadena, CA 91030.  I am readily familiar with this law firm's practice for collection and processing of correspondence/documents for mail in the ordinary course of business.

On January 23, 2008, I served:

**PLAINTIFF'S APPLICATION FOR AN ORDER EXTENDING TIME TO COMPLETE SERVICE; AND ORDER (Proposed)**

On all parties in said cause by enclosing a true copy thereof in a sealed envelope with postage prepaid and following ordinary business practices, said envelope was duly mailed and addressed to:

Manuel Gonzalez Rodriguez (Defendant)
1161 S. King Rd., #2
San Jose, CA 95122

I declare under the penalty of perjury pursuant to the laws of the United States that the foregoing is true and correct and that this declaration was executed on January 23, 2008, at South Pasadena, California.

Dated: January 23, 2008              */s/ Raquel Hernandez*
                                                **RAQUEL HERNANDEZ**

**PLAINTIFF'S APPLICATION FOR AN ORDER EXTENDING**
**TIME TO COMPLETE SERVICE; AND ORDER (Proposed)**

**PAGE 4**