Thomas P. Riley, SBN 194706
LAW OFFICES OF THOMAS P. RILEY
First Library Square
1114 Fremont Avenue
South Pasadena, CA 91030-3227

Tel: 626-799-9797
Fax: 626-799-9795
TPRLAW@att.net

Attorneys for Plaintiff
Garden City Boxing Club, Inc.



IT IS SO ORDERED
Judge James Ware

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Garden City Boxing Club, Inc.<br><br>Plaintiff,<br><br>vs.<br><br>Manuel Gonzalez Rodriguez, et al.<br><br>Defendant. | Case No. CV 07-5921 JW<br><br>NOTICE OF VOLUNTARY DISMISSAL |

**NOTICE IS HEREBY GIVEN**, that, Plaintiff voluntarily dismisses *without prejudice* the following Defendant: **Manuel Gonzalez Rodriguez, individually and d/b/a Los Jarritos Restaurant**, and the above entitled action in its entirety.

This Dismissal is made pursuant to FRCP 41 (a).

Dated: April 3, 2008       */s/ Thomas P. Riley*
                           **LAW OFFICES OF THOMAS P. RILEY, P.C**.
                           By: Thomas P. Riley
                           Attorneys for Plaintiff
                           Garden City Boxing Club, Inc.

## PROOF OF SERVICE (SERVICE BY MAIL)

I declare that:

I am employed in the County of Los Angeles, California. I am over the age of eighteen years and not a party to the within cause; my business address is First Library Square, 1114 Fremont Avenue, South Pasadena, California 91030-3227. I am readily familiar with this law firm's practice for collection and processing of correspondence/documents for mail in the ordinary course of business.

On April 3, 2008 served:

**NOTICE OF VOLUNTARY DISMISSAL**

On all parties in said cause by enclosing a true copy thereof in a sealed envelope and following ordinary business practices, said envelope was personally served upon:

Manuel Gonzalez Rodriguez (Defendant)
1161 S. King Road
San Jose, CA 95122

I declare under the penalty of perjury pursuant to the laws of the United States that the foregoing is true and correct and that this declaration was executed on April 3, 2008, at South Pasadena, California.

Dated: April 3, 2008                     */s/ Zulma Mungia*
                                          ZULMA MUNGIA